UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER )<br>709 Middle Creek Road )<br>Sevierville, TN 37864, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>             ) <br>MICHAEL O. LEAVITT )<br>Secretary of the United States Department of )<br>Health and Human Services )<br>200 Independence Avenue, SW )<br>Washington, DC 20201, )<br>)<br>    Defendant. )<br>) | Case No. _____ |

**LCVR 26.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND
<u>FINANCIAL INTERESTS</u>**

  I, Jacqueline E. Bennett, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the Plaintiff, which has outstanding securities in the hands of the public.

  These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

*/s/ Jacqueline E. Bennett*
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com
MKlein@ReedSmith.com

Dated:  January 20, 2006