UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-114 |
| | : | |
| MICHAEL O. LEAVITT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The above-cited case was assigned to Judge James Robertson because Plaintiff indicated that it was related, under LCvR 40.5(a)(3), to CA 04-1053, <u>Cookeville Regional Medical Center v. Leavitt</u>. Judge Robertson has returned this case to the Calendar Committee because summary judgment was entered in <u>Cookeville</u> before <u>Ft. Sanders</u> was filed. Consequently, the cases are not "related" under our Local Rules. However, the case will be referred back to Judge Robertson "in order to avoid duplication of judicial effort" pursuant to LCvR 40.5(e). This reassignment does not affect the assignment of any future cases which might be described by parties as "related."

**IT IS SO ORDERED**.

February 1, 2006

/s/
Gladys Kessler
United States District Judge
Chair, Calendar and Case Management
       Committee

**Copies via ECF to all counsel of record**