UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-00114 (JR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant ) | |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Alberto R. Gonzales
> Attorney General of the U.S.
> Department of Justice
> 950 Pennsylvania Ave., SW
> Washington, D.C. 20530
> SERVED: January 30, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

_/s/ Murray J. Klein____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  February 8, 2006