UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant )<br> ) | Case No.: 1:06-cv-00114 (JR) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Michael O. Leavitt
>United States Department of
>Health and Human Services
>200 Independence Ave., SW
>Washington, D.C. 20201
>SERVED: January 30, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

                                              Respectfully submitted,


                                              _/s/ Murray J. Klein____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  February 8, 2006