| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br>LAWRENCE                             1-30-06<br>C. Signature<br>X *Lawrence Savoy*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>  If YES, enter delivery address below:     ☐ No |
| 1. Article Addressed to:<br>Mr. Michael O. Leavitt<br>United States Department of<br>   Health and Human Services<br>200 Independence Ave., SW<br>Washington, DC  20201 | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>  *(Transfer from service label)* | 7003 1680 0004 6166 5629 |
| PS Form 3811, March 2001 | Domestic Return Receipt    102595-01-M-1424 |