# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health And Human Services ) <br> ) <br> Defendant ) | Case No.: 1:06-cv-00114 (JR) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Kenneth L. Wainstein
>United States Attorney
>Department of Justice
>555 4th Street, N.W.
>Washington, D.C. 20005
>SERVED: January 25, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

        Respectfully submitted,

        _/s/ Murray J. Klein_____
        Murray J. Klein
        DC Bar #492415
        Jacqueline E. Bennett
        DC Bar #474355
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC 20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com

Dated: February 8, 2006