# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FORT SANDER SEVIER        )
MEDICAL CENTER,        )
       )
         Plaintiff,        )
       )
         v.        )     Civil Action No. 06-0114 (JR)
       )
MICHAEL O. LEAVITT,        )
Secretary of Health        )
and Human Services,        )
200 Independence Avenue, S.W.        )
Washington, D.C. 20201,        )
       )
          Defendant.    )

## PRAECIPE

The Clerk will please enter the appearance for Assistant United States Attorney Peter

Smith in this case as counsel for Defendant.

Respectfully submitted,

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372