UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-0114 (JR) |
| | ) | ECF |
| v. | ) ) | |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, 200 Independence Avenue, S.W. Washington, D.C. 20201, | ) ) ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND FOR ENTRY OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant respectfully requests an enlargement of time to file an answer or to otherwise respond to the Complaint in this case, up to and including May 3, 2006, and also requests entry of a briefing schedule because Defendant anticipates filing a dispositive motion in lieu of an answer. Presently, Defendant's answer is due on March 31, 2006. This is undersigned counsel's first request for an enlargement of time. In connection with Local Rule 7(m), the undersigned counsel has discussed this motion with Plaintiff's counsel, Jacqueline E. Bennett, who has indicated that Plaintiff does not oppose the entry of the attached proposed order. The grounds for this request are as follows:

The undersigned will need additional time in order to prepare and finalize the anticipated dispositive motion.

This extension is sought in good faith. Granting the enlargement will conserve the parties' and the Court's resources because, should the Court grant the motion Defendant

anticipates filing, it would dispose of this case without the cost and time of further litigation.

For these reasons, Defendant respectfully requests that this consent motion for an enlargement of time and for entry of a briefing schedule be granted and that the Court enter the following briefing schedule, which is incorporated in the attached proposed order and was arrived at in consultation with Plaintiff's counsel:

May 1, 2006:     Due date for Defendant's Answer/Motion

May 31, 2006:   Due date for Plaintiffs' Opposition to Defendant's Answer/Motion

June 21, 2006:  Due date for Defendant's Reply to Plaintiff's Opposition to Defendant's Motion/Answer

A proposed order is attached.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0372