# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FORT SANDER SEVIER | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil  Action  No. 06-0114 (JR) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health | ) | |
| and Human Services, | ) | |
| 200 Independence Avenue, S.W. | ) | |
| Washington, D.C. 20201, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby

GRANTS Defendant's Motion for Enlargement of Time to file its answer or dispositive motion

and enters the following schedule:

Defendant's answer or motion by May 1, 2006.

Plaintiff's Opposition to Defendant's Answer/Motion by May 31, 2006.

Defendant's Reply to Plaintiff's Opposition due by June 21, 2006.

DATED:

_____

UNITED STATES DISTRICT JUDGE