IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL O. LEAVITT,  )<br>Secretary of Health & Humans Services  )<br>200 Independence Ave., S.W.  )<br>Washington, D.C. 20201  )<br>)<br>Defendant.  ) | Civ. Action No. 1:06-0114 (JR) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A
DISPOSITIVE MOTION OR ANSWER**

Defendant the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time in which to file a dispositive motion or answer, until and including May 26, 2006.

Good cause exists for this Motion. Further internal consultation and review is required regarding defendant's dispositive motion. Accordingly, the thirty days sought by defendant are necessary for defendant to prepare his dispositive motion or answer. In addition, since this case is record-review, the granting of this motion would not impact any discovery or trial dates.

Under the original scheduling Order, the Court established the following deadlines:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 1, 2006 |
| Plaintiff's Opposition to Defendant's Motion/Answer | May 31, 2006 |
| Defendant's Reply to Plaintiff's Opposition | June 21, 2006 |

This Motion would alter the deadlines as follows:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 31, 2006 |
| Plaintiff's Opposition to Defendant's Motion/Answer | June 30, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 21, 2006 |

Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiff on April 24, 2006. Counsel for plaintiff stated that plaintiff does not oppose the relief sought in this motion.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

        /s/
        PETER S. SMITH
        Assistant United States Attorney
        D.C. Bar No. 465131
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372/FAX: (202) 514-8780

        DAVID HOSKINS
        U.S. Department of Health and Human Services
        Office of the General Counsel
        Centers for Medicare & Medicaid Services Division
        330 Independence Ave., S.W., Room 5309
        Washington, D.C. 20201

        Attorneys for Defendant,
        Michael O. Leavitt,
        Secretary of Health and Human Services