# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health & Humans Services )<br>200 Independence Ave., S.W. )<br>Washington, D.C. 20201 )<br>)<br>Defendant. ) | Civ. Action No. 1:06-0114 (JR) |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendant's motion for Enlargement of Time to file it's answer or dispositive motion and enters the following schedule:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 31, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | June 30, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 21, 2006 |

DATED:

_____
UNITED STATES DISTRICT JUDGE