IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06-0114 (JR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary of Health & Humans Services ) | |
| 200 Independence Ave., S.W. ) | |
| Washington, D.C. 20201 ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A DISPOSITIVE MOTION OR ANSWER**

Defendant the Honorable Michael O. Leavitt, the Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully moves this Court for a 30 day enlargement of time in which to file a dispositive motion or answer, until and including June 14, 2006.

Good cause exists for this Motion. Further consultation and review is required regarding defendant's dispositive motion. Accordingly, the 30 days sought by defendant are necessary for defendant to prepare his dispositive motion or answer.

Under the revised scheduling Order, the Court established the following deadlines:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | May 31, 2006 |
| Plaintiff's Opposition to Defendant's Motion/Answer | June 30, 2006 |
| Defendant's Reply to Plaintiff's Opposition | July 21, 2006 |

This Motion would alter the deadlines as follows:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | June 14, 2006 |

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion/Answer | July 14, 2006 |
| Defendant's Reply to Plaintiff's Opposition | August 4, 2006 |

    Pursuant to Local Rule 7(m), undersigned counsel conferred with counsel for plaintiff on May 24, 2006. Counsel for plaintiff stated that plaintiff does not oppose the relief sought in this motion.

                                      Respectfully submitted,

                                      /s/
                                  KENNETH L. WAINSTEIN
                                  United States Attorney
                                  D.C. Bar No. 451058

                                    /s/
                                  PETER S. SMITH
                                  Assistant United States Attorney
                                  D.C. Bar No. 465131
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 307-0372/FAX: (202) 514-8780

_____

                                  DAVID HOSKINS
                                  U.S. Department of Health and Human Services
                                  Office of the General Counsel
                                  Centers for Medicare & Medicaid Services Division
                                  330 Independence Ave., S.W., Room 5309
                                  Washington, D.C. 20201

                                  Attorneys for Defendant,
                                  Michael O. Leavitt,
                                  Secretary of Health and Human Services