UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER,  )<br>  )<br>  Plaintiff  )<br>  v.  )<br>  )<br>MICHAEL O. LEAVITT,  )<br>Secretary, United States Department of  )<br>Health And Human Services  )<br>  )<br>  Defendant  )<br>_____) | Case No.: 1:06-cv-00114 (JR) |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff, by counsel, moves this Court for a 30 day enlargement of time of the briefing schedule previously entered by the Court, and in support thereof states the following:

1. On May 30, 2006, this Court entered an Order establishing the following deadlines for the defendant's response to the Complaint filed by the plaintiff:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | June 14, 2006 |
| Plaintiff's Opposition to Defendant's Motion/ Answer | July 14, 2006 |
| Defendant's Reply to Plaintiff's Opposition | August 4, 2006 |

2. On or about June 14, 2006, the defendant filed his motion to dismiss the Complaint, along with a 24-page supporting memorandum.

3. Good cause exists for this Motion for Modification of Briefing Schedule. Plaintiff requires additional time to review Defendant's dispositive motion and prepare an opposition.

4. Plaintiff seeks to modify the existing briefing schedule by extending the remaining deadlines by 30 days such that the new deadlines will be the following:

- 2 -

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss | August 14, 2006 |
| Defendant's Reply to Plaintiff's Opposition | September 5, 2006 |

     5.    Pursuant to Local Rule 7(m), plaintiff's counsel has conferred with the defendant's counsel, who has advised that defendant does not oppose the relief being sought.

     WHEREFORE, plaintiff asks that its Motion for Modification of Briefing Schedule be granted.

     Respectfully submitted,

     _/s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiff

Dated:  June 23, 2006