UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, )<br>)<br>Plaintiff )<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant )  | Case No.: 1:06-cv-00114 (JR) |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion For Modification of Briefing Schedule, it is hereby ORDERED that the Plaintiff's Motion be granted and that the briefing schedule is modified as follows:

Plaintiff's Opposition to Defendant's Motion to Dismiss        August 14, 2006

Defendant's Reply to Plaintiff's Opposition        September 5, 2006


Date: _____                    _____
                                   United States District Judge