UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FORT SANDERS SEVIER MEDICAL CENTER,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL O. LEAVITT,** ) <br> **SECRETARY, HEALTH AND** ) <br> **HUMAN SERVICES,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No: 06-0114 (ESH) <br><br><br> ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: July 5, 2006            Respectfully submitted,

                                                    /s/
                                    PETER S. SMITH, D.C. Bar #465131

                                                    /s/
                                    MEGAN L. ROSE, NC Bar # 28639
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7220
                                    (202) 514-8780 (fax)
                                    Megan.Rose@usdoj.gov