# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No.: 1:06-cv-00114 (JR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health And Human Services ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR
## MODIFICATION OF BRIEFING SCHEDULE

Plaintiff, by counsel, moves this Court for an enlargement of time of the briefing schedule previously entered by the Court, and in support thereof states the following:

1. On or about June 14, 2006, after receiving three enlargements of time from the Court in which to respond to the Plaintiff's Complaint, the Defendant filed his motion to dismiss the Complaint, along with a 24-page supporting memorandum.

2. On or about June 26, 2006, the Court granted the Plaintiff's motion for modification to the briefing schedule to enlarge the time for Plaintiff to respond to the Defendant's Motion to Dismiss. The Court ordered that that the new deadlines will be the following:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss | August 14, 2006 |
| Defendant's Reply to Plaintiff's Opposition | September 5, 2006 |

3. Recently, although the Plaintiff and the Defendant, each with the other's consent, both moved for enlargements of time to file briefs in a related case to this case, the Plaintiff

inadvertently did not move this Court for additional time in which to respond to the Motion to Dismiss in this case.

4. The Plaintiff now moves, nunc pro tunc, for an additional modification of the briefing schedule in this case as follows:

| | |
|---|---|
| Plaintiff's Opposition to Defendant's Motion to Dismiss | September 6, 2006 |
| Defendant's Reply to Plaintiff's Opposition | September 28, 2006 |

5. Pursuant to Local Rule 7(m), Plaintiff's counsel has conferred with the Defendant's counsel, who has advised that Defendant does not oppose the relief being sought.

6. There are no other deadlines pending in this case, and the Defendant will suffer no prejudice through the granting of this Motion.

WHEREFORE, Plaintiff asks that its Motion for Modification of Briefing Schedule be granted.

Respectfully submitted,

_/s/ Jacqueline E. Bennett_____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Attorneys for Plaintiff

Dated:  August 30, 2006