UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, )<br>)<br>Plaintiff )<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant )  | Case No.: 1:06-cv-00114 (JR) |

## **ORDER**

Upon consideration of the Plaintiffs' Second Unopposed Motion for Modification of Briefing Schedule, it is hereby ORDERED that the Plaintiffs' Motion be granted and that the briefing schedule is modified as follows:

Plaintiffs' Opposition to Defendant's Motion to Dismiss          September 6, 2006

Defendant's Reply to Plaintiffs' Opposition          September 28, 2006


Date: _____          _____
                                            United States District Judge