UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FT. SANDERS SEVIER MEDICAL CENTER, </br></br> Plaintiff </br> v. </br></br> MICHAEL O. LEAVITT, </br> Secretary, United States Department of </br> Health And Human Services </br></br> Defendant | Case No.: 1:06-cv-00114 (JR) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Dismiss, and the Plaintiff's Opposition thereto, it is hereby

ORDERED that the Defendant's Motion to Dismiss be DENIED.

Date: _____                    _____
                                                     United States District Judge