IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER ) ) )       Plaintiff, ) )       v. ) ) MICHAEL O. LEAVITT, ) Secretary of Health & Humans Services ) 200 Independence Ave., S.W. ) Washington, D.C. 20201 ) )       Defendant. ) | Civ. Action No. 1:06-0114 (JR) |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion for Stay of Proceedings, and seeing that good cause for such a stay exists, including the conservation of resources of the parties and the Court, it is hereby

ORDERED that the Joint Motion be granted, and it is further ORDERED that this case shall be administratively stayed pending a final resolution of *Cookeville Regional Medical Center v. Leavitt*, D.D.C. No. 1:04-cv-01053 (JR), or in the alternative, until the *Cookeville* case is otherwise dismissed.

Date: _____          _____
                          United States District Judge