**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FORT SANDERS SEVIER MEDICAL  :
CENTER,                      :
                             :
    Plaintiff,           :
                             :
  v.                         : Civil Action No. 06-0114 (JR)
                             :
MICHAEL O. LEAVITT, Secretary of :
the U.S. Department of Health :
and Human Services,          :
                             :
    Defendant.           :

### ORDER

After the United States Court of Appeals remanded Cookeville Regional Medical Center v. Leavitt, No. 04-1053, to this Court, I issued an order on April 26, 2007 [52], vacating the judgment previously entered for plaintiff in that case and directing the Clerk to enter judgment for the defendant. It is accordingly **ORDERED** that the stay minute order issued in this case on September 29, 2006 is **vacated.**

                                          JAMES ROBERTSON
                                United States District Judge