**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
FORT SANDERS SEVIER MEDICAL    :
CENTER,                        :
                               :
        Plaintiff,             :
                               :
     v.                        :  Civil Action No. 06-0114 (JR)
                               :
MICHAEL O. LEAVITT, Secretary of :
the U.S. Department of Health  :
and Human Services,            :
                               :
        Defendant.             :
```

### ORDER

No party having taken any action after my order of May 7, 2007, vacating the stay in this action, it is **ORDERED** that plaintiff show cause within 20 days of the date of this order, why this case should not now be dismissed, as controlled by Cookeville Regional Medical Center v. Leavitt, No. 04-1053.


                                        JAMES ROBERTSON
                                  United States District Judge