# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FORT SANDERS SEVIER MEDICAL CENTER )<br>)<br>Plaintiff )<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health And Human Services )<br>)<br>Defendant )<br> ) | Case No.: 1:06-cv-00114 (JR) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Reinstate Stay, and any Opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Plaintiff's Motion be granted, and that all proceedings in this case are stayed through July 30, 2007, and it is further

ORDERED that Plaintiff is to make a further report to the Court in response to the Court's June 5, 2007 Order on or before July 30, 2007.

Date: _____                             _____
                                            United States District Judge