## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

_____
                                              )
FT. SANDERS SEVIER MEDICAL CENTER,           )
                                              )
              Plaintiff                       )
v.                                            )
                                              )        Case No.: 1:06-cv-00114 (JR)
MICHAEL O. LEAVITT,                          )
Secretary, United States Department of        )
Health And Human Services                    )
                                              )
              Defendant                       )
_____)

### PLAINTIFF'S REPORT TO COURT IN RESPONSE TO ORDER OF JUNE 5, 2007 AND MOTION TO REINSTATE STAY

Plaintiff, by counsel, submits the following to the Court in accordance with the Order of June 5, 2007 requiring Plaintiff to show cause why this case should not be dismissed, and moves the Court for a reinstatement of the stay of proceedings for the reasons set out below.

1.      Plaintiff filed its complaint on or about January 20, 2006.  The defendant ("the Secretary") filed a motion to dismiss the Plaintiff's complaint on or about June 14, 2006. Plaintiff filed an opposition to that motion on or about September 6, 2006.

2.      The parties filed a Joint Motion for Stay of Proceedings on September 28, 2006. In that Motion, the parties asked the Court to stay this action pending a final ruling on the Motion to Alter Judgment filed by the Secretary in the case of *Cookeville Regional Medical Center v. Leavitt*, No. 1:04-cv-1053 ("*Cookeville*").  The Court granted this Motion on September 29, 2006, and by a minute order stated that "This case is administratively stayed pending a final resolution of Cookeville Regional Medical Center v. Leavitt, D.D.C. No. 1:04-cv-1053 (JR)."

3.      On or about April 26, 2007, upon remand from the U.S. Court of Appeals for the District of Columbia Circuit, this Court entered an order in the *Cookeville* case granting the Secretary's Motion to Alter Judgment under Fed. R. Civ. P. 60(b) and directing the clerk of court to enter judgment.  The Court did not enter judgment at that time.

4.      Following the April 26th order, the plaintiffs in *Cookeville* filed a motion to vacate this Court's ruling on the Motion to Alter Judgment, arguing that it had pending a motion to strike the Secretary's Motion to Alter Judgment brought under Fed. R. Civ. P. 59(e) was untimely, and that relief under Fed. R. Civ. P. 60(b) was inapplicable.  By order of May 11, 2007, the Court denied the *Cookeville* plaintiffs' Motion to Vacate.  Judgment was subsequently entered by the Court on May 23, 2007.

5.      The plaintiff hospitals in *Cookeville* have not yet filed a Notice of Appeal, and pursuant to Fed. R. App. P. 4(a)(1)(B) they have until July 23, 2007 in which to do so.  Thus, it too soon to say that there has been a "final ruling" on the Secretary's Motion to Alter Judgment in that case.

6.      For this reason, Plaintiff seeks to have the stay in this case reinstated at least through July 23, 2007, until such time when the plaintiffs in *Cookeville* file a Notice of Appeal or make the determination that no such notice will be filed.  If the plaintiffs in *Cookeville* do file a Notice of Appeal, then Plaintiff seeks to have the stay in this matter reinstated until such time as a final, non-appealable judgment is rendered in *Cookeville* or at such time as *Cookeville* is otherwise resolved by the parties.  In the event that the plaintiffs in *Cookeville* do not file a Notice of Appeal, Plaintiff proposes to make a further report to the Court on or before July 30, 2007 regarding its intentions with regard to this case.

7.      No party would be prejudiced by the reinstatement of the stay in this case.

Furthermore, the entry of a stay would conserve judicial resources, as a final, non-appealable

judgment in *Cookeville* would resolve not only that case but also this case and the related case of

*BH1 et al v. Leavitt*, D.D.C. 1:06-cv-00070 (JR).

8.      Counsel for Plaintiff spoke with counsel for the Secretary prior to filing this

Motion but was unable to confirm the Secretary's position with someone who had authority to

provide consent for the relief being sought.

WHEREFORE, Plaintiff ask that its Motion be granted and that the stay in this matter be

reinstated and extended through July 30, 2007, at which time Plaintiff will make a further report

to the Court.

Respectfully submitted,

_/s/ Jacqueline E. Bennett____
Murray J. Klein
DC Bar #492415
Jacqueline E. Bennett
DC Bar #474355
**REED SMITH LLP**
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile
JBennett@ReedSmith.com

Dated:  June 25, 2007