# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **FORT SANDERS SEVIER MEDICAL CENTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No: 06-0114 (ESH)** |
| ) | |
| **MICHAEL O. LEAVITT,** ) | |
| **SECRETARY, HEALTH AND** ) | |
| **HUMAN SERVICES,** ) | **ECF** |
| ) | |
| **Defendant.** ) | |
| ) | |

---

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of

Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007                    Respectfully submitted,


_____/s/_____
MEGAN L. ROSE, NC Bar No. 28639


_____/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332