UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BH1, *et al.*<br><br>    Plaintiffs<br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>    Defendant | Case No.: 1:06-cv-00070 (JR) |
| FORT SANDERS SEVIER MEDICAL CENTER<br><br>    Plaintiff<br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health And Human Services<br><br>    Defendant | Case No.: 1:06-cv-00114 (JR) |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion to Reinstate Stay, and seeing that there is no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Plaintiffs' Motion be granted, and that all proceedings in these cases are stayed pending the outcome of a petition for writ of *certiorari* to be filed with the United States Supreme Court in the matter of *Cookeville Regional Medical Center v. Leavitt* ("*Cookeville*"), D. C. Cir. No. 07-5252, and it is further

-2-

ORDERED that if such petition is granted by the Supreme Court then the stay shall remain in effect pending a decision on the *Cookeville* case by the Supreme Court, and it is further

ORDERED that the parties are to make a further report to the Court within ten (10) days of the United States Supreme Court's ruling on the petition for writ of *certiorari* in *Cookeville*.

Date: _____      _____
                        United States District Judge